AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| Mariano Torres and Lester Wilson <br> *Plaintiff(s)* <br><br> v. <br><br> James Carlson, Aidan Parisi, Grant Miner, Catherine Curran-Groome, People's Forum, Inc., Lisa Fithian, Gabriel Yancy, Ethan Choi, and John Does 1-40 <br> *Defendant(s)* | Civil Action No. 25-cv-03474-NRB |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

        SEE ATTACHED RIDER

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Paul M. Eckles
    THE LOUIS D. BRANDEIS CENTER FOR
    HUMAN RIGHTS UNDER LAW
    1330 Ave of the Americas, 23rd Fl.
    New York, NY 10019
    Tel.:  (212) 653-0630

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 04/29/2025                                                   /s/ P. Canales
                                                                                    *Signature of Clerk or Deputy Clerk*

*Tammi M. Hellwig*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*
_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____
                                            _____
                                            *Server's signature*

                                            _____
                                            *Printed name and title*

                                            _____
                                            *Server's address*

Additional information regarding attempted service, etc:

## RIDER

JAMES CARLSON
237 14th St.
Brooklyn, New York 11215

AIDAN PARISI
434 West 120th St., Apt 4G
New York, NY 10027

GRANT MINER
1420 Nostrand Ave., Apt. 2R
Brooklyn, New York 11226

CATHERINE CURRAN-GROOME
733 Sears St.
Philadelphia, Pennsylvania 19147

PEOPLE'S FORUM, INC.
c/o Registered Agents Inc.
418 Broadway, Ste. R
Albany, New York 12207

LISA FITHIAN
1405 Hillmont St.
Austin, Texas 78704

GABRIEL YANCY
154 Woodward Ave., Apt. 2L
Ridgewood, New York 11385

ETHAN CHOI
220 26th St. NW, Apt. 3302
Atlanta, Georgia 30309