**Attorney:** Torridon Law PLLC
**Address:** 801 Seventeenth Street NW, Suite 1100 Washington, DC 20006

|  |  |
|---|---|
| MARIANO TORRES and LESTER WILSON,<br><br>vs<br><br>JAMES CARLSON, et al.,<br><br>*Plaintiff*<br><br>*Defendant* | Civil Action No.: 1:25-cv-03474-NRB<br>Client's File No.:<br>Court Date:<br><br>Date Filed: 04/25/2025 |

STATE OF NEW YORK, COUNTY OF NASSAU, SS.:

## AFFIDAVIT OF SERVICE

**Eric J. Rivera**, being sworn says:
Deponent is not a party herein; is over the age of 18 years and resides in the State of New York.

On **6/19/2025**, at **7:16 AM** at: **123 W. 133RD STREET, APT. 2C, NEW YORK, NY 10030** Deponent served the within Summons in a Civil Action with Rider, Complaint (Jury Trial Demanded), Civil Cover Sheet with Attachment, Order Scheduling an Initial Pretrial Conference dated 06/05/2025, Electronic Case Filing Rules & Instructions, Individual Practices and Procedures of Judge Colleen McMahon and Appearance of Counsel of Brett D. Katz, Esq.

On: **CATHERINE CURRAN-GROOME**, therein named.

Said documents were conformed with index number and date of filing endorsed thereon.

☒ **#1 SUITABLE AGE PERSON**
By delivering thereat a true copy of each to "Jane Doe" (Co-Tenant) a person of suitable age and discretion. Said premises is recipient's :[] actual place of business / employment [X] dwelling house (usual place of abode) within the state.

☒ **#2 PERCEIVED DESCRIPTION**
Gender: Female   Race: White   Color of hair: Brown   Glasses: No
Age: 36 - 50 Yrs.   Height: 5ft 4inch - 5ft 8inch   Weight: 131-160 Lbs.   Other Features:

☒ **#3 MILITARY SERVICE**
I asked the person spoken to whether defendant was in active military service of the United States or the State of New York in any capacity whatsoever and received a negative reply. The source of my information and the grounds of my belief are the conversations and observations above narrated.

☐ **#4 WITNESS FEES**
Subpoena Fee Tendered in the amount of $

☒ **#5 OTHER**
"Jane Doe" as Co-Tenant, did not provide her name.

☒ **#6 MAILING**
Eric J. Rivera being duly sworn, deponent completed service by depositing a copy of the said documents in a postpaid properly addressed envelope, bearing the words "Personal and Confidential" by First Class mail on: **06/23/2025** to **CATHERINE CURRAN-GROOME** at **123 W. 133RD STREET, APT. 2C, NEW YORK, NY 10030** in an official depository of the United States Postal Service in the State of New York. **The envelope did not indicate on the outside thereof, by return address or otherwise, that the communication is from an attorney or concerns an action against the person to be served.**

:

Sworn to before me on 06/27/2025

Lauren A. Vasil
Notary Public, State of New York
Registration No. 01VA6184115
Qualified in Nassau County
Commission Expires 05/29/2028

Eric J. Rivera
License # 1212873- DCA

*Court Support, Inc., 265 Post Ave #150, Westbury, NY 11590 License #1382542-DCA*