

Sarah Taitz • 617 Florida Avenue NW, Washington, DC 20001
202.417.2060 • sarah.taitz@justiceonline.org • JusticeOnline.org

July 2, 2025

**VIA ECF**
Honorable Colleen McMahon
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

**Re:**  *Torres v. Carlson*, **Case No. 25-cv-3474**
**Letter Motion for Extension of Time to Respond**

Dear Judge McMahon:

    I represent Defendant The People's Forum in the above-captioned case. I write to respectfully move for an extension of the deadline to respond to Plaintiffs' Complaint from July 8, 2025 to September 8, 2025. This is The People's Forum's first request for an extension. The relief requested would allow Counsel to become familiar with the matter and additionally would facilitate a coordinated response date as Plaintiffs have yet to serve all named Defendants in this matter, thus serving the interests of efficient case management. Plaintiffs have consented to this motion. No other deadlines would be affected by this request.

Respectfully submitted,

/s/ Sarah Taitz

Sarah Taitz
sarah.taitz@justiceonline.org

PARTNERSHIP FOR CIVIL JUSTICE FUND
617 Florida Ave. NW
Washington, D.C. 20001
(ph): 202-417-2060
(fax) 202-747-7747

*Counsel for Defendant The People's Forum*