# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **MARIANO TORRES** and **LESTER WILSON**,<br><br>Plaintiffs,<br><br>v.<br><br>**JAMES CARLSON, AIDAN PARISI, GRANT MINER, CATHERINE CURRAN-GROOME, PEOPLE'S FORUM, INC., LISA FITHIAN, GABRIEL YANCY, ETHAN CHOI,** and **JOHN DOES 1–40**,<br><br>Defendants. | Civil Action No.: 25-cv-3474 |

PLEASE TAKE NOTICE that the undersigned, Tyler D. Abboud, an attorney duly admitted to practice before this Court, enters his appearance on behalf of Defendant Grant Miner in the above-captioned matter.

July 3, 2025

Respectfully submitted,

/s/ *Tyler D. Abboud*

Tyler D. Abboud, Esq
*Attorney for Defendant*
*Grant Miner*
685 Third Avenue, 18th Floor
New York, NY 10038
(720) 252-9782