# TYLER D. ABBOUD

Tyler.Abboud25@gmail.com • 720-252-9782 • 685 Third Avenue, 18th Floor • New York, NY 10038

**VIA ECF**

Honorable Colleen McMahon
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

Re:   *Torres v. Carlson*, Case No. 25-cv-3474
       Letter Motion for Extension of Time to Respond

Dear Judge McMahon:

I represent Defendant Grant Miner in the above-captioned case. I write to respectfully move for an extension of the deadline to respond to Plaintiffs Mariano Torres and Lester Wilson's ("Plaintiffs") Complaint from July 8, 2025 to September 8, 2025. This is Mr. Miner's first request for an extension. The relief requested would allow Counsel to become familiar with the matter and additionally would facilitate a coordinated response date as Plaintiffs have yet to serve all named Defendants in this matter. In turn, this extension would thus serve the interests of efficient case management. Pursuant to correspondence dated July 2, 2025, Plaintiffs have consented to this motion. No other deadlines would be affected by this request.

July 3, 2025

                                                  Respectfully submitted,

                                                  /s/ *Tyler D. Abboud*

                                                  Tyler D. Abboud, Esq
                                                  *Attorney for Defendant*
                                                  *Grant Miner*
                                                  685 Third Avenue, 18th Floor
                                                  New York, NY 10038
                                                  (720) 252-9782