# COHEN & GREEN

July 22, 2025

Hon. Colleen McMahon, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street, Room 24A
New York, New York 10007

By Electronic Filing.

Re:   <u>Torres v. Carlson</u>, 25-cv-03474

Dear Judge McMahon:

With co-counsel, I represent Defendants Carlson, Parisi, Curran-Groome, Fithian, Yancy, and Choi ("Defendants") in the case above. I write under the Court's Individual Rules I(D) and V(H) to seek an extension of the time to answer or otherwise move until September 8, 2025 (to match the other extensions already granted). Plaintiffs have consented.

As required by the Court's Individual Rules, (1) the original deadlines are either August 5, 2025 or August 7, 2025[1]; there (2) have been no previous extensions, so (3) does not apply; (4) Plaintiffs consent; and (5) this extension does not affect any other currently scheduled date.

Defendants ask for this time in order to investigate the claims and prepare their response, as well as in order to keep the deadlines for all Defendants in alignment, for the convenience of the Court and all parties.

As ever, I thank the Court for its time and consideration.

Respectfully submitted,

/s/
_____
J. Remy Green
  *Honorific/Pronouns: Mx., they/their/them*
**COHEN&GREEN P.L.L.C.**
*Attorneys for Plaintiff*
1639 Centre St., Suite 216
Ridgewood, New York 11385

cc:
All relevant parties by ECF.

---

[1] Defendants disputed service, so these deadlines count from the agreed date on the stipulation to service the parties agreed on.

*MEMO ENDORSED*

Extension granted.

/s/ Colleen McMahon
7/22/2025