UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARIANO TORRES and LESTER WILSON,<br><br>Plaintiffs,<br>v.<br><br>JAMES CARLSON, AIDAN PARISI, GRANT MINER, CATHERINE CURRAN-GROOME, PEOPLE'S FORUM, INC., LISA FITHIAN, GABRIEL YANCY, ETHAN CHOI, and JOHN DOES 1–40,<br><br>Defendants. | Civil Action No.: 25-cv-3474-CM |

## ACKNOWLEDGMENT OF SERVICE OF SUMMONS AND COMPLAINT BY E-MAIL

I, J. Remy Green, am a partner with Cohen & Green P.L.L.C., and am counsel to Defendants James Carlson ("Carlson"), Aidan Parisi ("Parisi") Catherine Curran-Groome ("Curran-Groome"), Lisa Fithian ("Fithian"), Gabriel Yancy ("Yancy"), and Ethan Choi ("Choi"), in the above-captioned action ("Action"). On behalf of Fithian, I agreed to accept service of the Summons and Complaint filed in the Action, with service effective as of July 15, 2025. On behalf of Parisi, I agreed to accept service of the Summons and Complaint filed in the Action, with service effective as of July 17, 2025.

In addition to the foregoing, I am authorized to represent that defendants Carlson, Parisi, Curran-Groome, Fithian, Yancy, and Choi expressly waive any objections to the sufficiency of process and/or sufficiency of service of process pursuant to Fed. R. Civ. P. 12(b)(4)–(5), with service effective as of July 17, 2025. Carlson, Parisi, Curran-Groome, Fithian, Yancy, and Choi expressly reserve all other defenses and/or objections that can be raised in response to the Complaint and/or during the Action.

In addition, I have requested on behalf of defendants Carlson, Parisi, Curran-Groome, Fithian, Yancy, and Choi, and Plaintiffs have agreed to extend the time, until September 8, 2025, for defendants Carlson, Parisi, Curran-Groome, Fithian, Yancy, and Choi to answer or otherwise move in response to the Complaint. Defendants will separately move for that time, pursuant to the Court's practices.

Dated: July 22, 2025

COHEN & GREEN P.L.L.C.

By: _____
J. Remy Green
1639 Centre St., Ste. 216
Ridgewood, NY 11385
Telephone: (929) 888-9480
Facsimile:  (929) 888-9487
remy@femmelaw.com