**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MARIANO TORRES and LESTER WILSON,<br><br>Plaintiffs,<br><br>v.<br><br>JAMES CARLSON, AIDAN PARISI, GRANT MINER, CATHERINE CURRAN-GROOME, PEOPLE'S FORUM, INC., LISA FITHIAN, GABRIEL YANCY, ETHAN CHOI, and JOHN DOES 1–40,<br><br>Defendants. | Civil Action No.: 25-cv-3474-CM<br><br>**MOTION FOR ADMISSION OF TARA HELFMAN PRO HAC VICE** |

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Tara Helfman, hereby move this Court for an Order for admission to Practice Pro Hac Vice to appear as counsel for Plaintiffs Mariano Torres and Lester Wilson in the above-captioned action.

I am a member in good standing of the bars of the State of New York and the District of Columbia and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: August 15, 2025

Respectfully submitted,

By: ___/s/ Tara Helfman___
Tara Helfman
TORRIDON LAW PLLC
801 17th Street, NW, Suite 1100
Washington, DC 20006
Telephone: (202) 249-6900
thelfman@torridonlaw.com
*Attorneys for Plaintiffs*
*Mariano Torres and Lester Wilson*