UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARIANO TORRES and LESTER WILSON,<br><br>　　　　　　　Plaintiffs,<br><br>　　　v.<br><br>JAMES CARLSON, AIDAN PARISI, GRANT MINER, CATHERINE CURRAN-GROOME, PEOPLE'S FORUM, INC., LISA FITHIAN, GABRIEL YANCY, ETHAN CHOI, and JOHN DOES 1–40,<br><br>　　　　　　　Defendants. | Civil Action No.: 25-cv-3474-CM<br><br>**AFFIDAVIT OF TARA HELFMAN IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE** |

DISTRICT OF COLUMBIA:

TARA HELFMAN, being duly sworn, deposes and says:

I am a partner at Torridon Law PLLC, attorneys for Plaintiffs Mariano Torres and Lester Wilson (together, "Plaintiffs"). I submit this affidavit in support of my motion for admission to practice Pro Hac Vice to appear as counsel for Plaintiffs in the above-captioned action.

As shown in the Certificates of Good Standing attached hereto, I am a member in good standing of the bars of the District of Columbia and the State of New York.

I have never been convicted of a felony.

I have never been censured, suspended, disbarred or denied admission or readmission by any court.

Out of an abundance of caution, I disclose the following for the Court: In May 2024 I was placed on a brief administrative suspension by the District of Columbia Bar because I did not timely complete a mandatory introductory course for membership due to a calendar error. I completed the course and was reinstated in June 2024.

There are no pending disciplinary proceedings against me in any state or federal court.

August 13, 2025

_____
Tara Helfman

District of Columbia

Signed and sworn to (or affirmed) before me on this __13__ day of __August__ 2025, by Tara Helfman.

Signature of Notarial Officer: _Joan Moore_

Title of Office: Notary Public

My Commission Expires: __May 31, 2027__

