UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARIANO TORRES and LESTER WILSON,

          Plaintiffs,

          v.

JAMES CARLSON, AIDAN PARISI, GRANT MINER, CATHERINE CURRAN-GROOME, PEOPLE'S FORUM, INC., LISA FITHIAN, GABRIEL YANCY, ETHAN CHOI, and JOHN DOES 1–40,

          Defendants.

Civil Action No.: 25-cv-3474-CM

**[PROPOSED] ORDER GRANTING MOTION PRO HAC VICE**

The motion of Tara Helfman, for admission to practice Pro Hac Vice in the above-captioned action is granted.

Applicant has declared that she is a member in good standing of the bars of the State of New York and the District of Columbia, and that her contact information is as follows:

| | |
|---|---|
| Applicant Name: | Tara Helfman |
| Firm Name: | Torridon Law PLLC |
| Address: | 801 17th Street, NW, Suite 1100 |
| City/State/Zip: | Washington, DC 20006 |
| Telephone/Fax: | 202-249-6900/202-249-6644 |

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Plaintiffs Mariano Torres and Lester Wilson in the above-captioned action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: August ____, 2025

_____
Hon. Colleen McMahon
United States District Judge