UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARIANO TORRES and <br> LESTER WILSON <br><br> Plaintiffs, <br><br> v. <br><br> JAMES CARLSON, AIDAN PARISI, <br> GRANT MINER, CATHERINE <br> CURRAN-GROOME, PEOPLE'S <br> FORUM, INC., LISA FITHIAN, <br> GABRIEL YANCY, ETHAN CHOI, <br> and JOHN DOES 1–40, <br><br> Defendants. | Civil Action No.:   25-cv-3474 |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned, Carl Messineo, an attorney duly admitted to practice before this Court, enters his appearance on behalf of Defendant The People's Forum in the above-captioned matter.

September 8, 2025                                    Respectfully submitted,

/s/ *Carl Messineo*
CARL MESSINEO
cm@justiceonline.org

PARNERSHIP FOR CIVIL JUSTICE FUND
617 Florida Ave. NW
Washington, D.C. 20001
(ph): 202-232-1180 x201
 (Fax) 202-747-7747

*Counsel for Defendant The People's Forum*