UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARIANO TORRES and LESTER WILSON,<br><br>Plaintiffs,<br><br>v.<br><br>JAMES CARLSON, AIDAN PARISI, GRANT MINER, CATHERINE CURRAN-GROOME, PEOPLE'S FORUM, INC., LISA FITHIAN, GABRIEL YANCY, ETHAN CHOI, and JOHN DOES 1–40,<br><br>Defendants. | Civil Action No.: 25-cv-3474-CM<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i) AS TO DEFENDANT GRANT MINER ONLY** |

**PLEASE TAKE NOTICE THAT** pursuant to Rule to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiffs Mariano Torres and Lester Wilson, hereby give notice that, in light of their settlement with Columbia University that released present and former Columbia employees from all claims related to the events set forth in the Amended Complaint, the above-captioned action is voluntarily dismissed, without prejudice, against defendant Grant Miner only.

Dated:  September 8, 2025

By: s/Brett D. Katz

THE LOUIS D. BRANDEIS CENTER FOR
HUMAN RIGHTS UNDER LAW

Kenneth L. Marcus (*pro hac vice forthcoming*)
1717 Pennsylvania Avenue, NW, Suite 1025
Washington, DC 20006
Tel.: (202) 559-9296
klmarcus@brandeiscenter.com

Richard A. Rosen
David M. Dince
Paul M. Eckles
1330 Ave of the Americas, 23rd Floor
New York, New York 10019

1

Telephone:  (212) 653-0630
rrosen@brandeiscenter.com
ddince@brandeiscenter.com
peckles@brandeiscenter.com

TORRIDON LAW PLLC

Tara Helfman (*pro hac vice pending*)
801 17th Street, NW, Suite 1100
Washington, DC 20006
Telephone: (202) 249-6900
thelfman@torridonlaw.com

Jeffrey B. Jensen (*pro hac vice forthcoming*)
Julia Tang (*pro hac vice forthcoming*)
13354 Manchester Rd., Suite 210
St. Louis, Missouri 63131
Telephone: (314) 920-0138
jjensen@torridonlaw.com
jtang@torridonlaw.com

Brett D. Katz
800 Westchester Avenue, Suite N-641
Rye Brook, New York 10573
Telephone: (646) 787-9290
bkatz@torridonlaw.com

*Attorneys for Plaintiffs*
*Mariano Torres and Lester Wilson*