

**PARTNERSHIP FOR CIVIL JUSTICE FUND**

Carl Messineo • 617 Florida Avenue NW, Washington, DC 20001
202.232.1180 • cm@justiceonline.org • JusticeOnline.org

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/9/2025

September 9, 2025

**VIA ECF**
Honorable Colleen McMahon
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

*OK, Conference adjourned.*

*Colleen McMahon*
*9/9/2025*

Re:   *Torres v. Carlson*, Case No. 25-cv-3474
      **Letter Motion to Adjourn Hearing Until Forthcoming Motions to Dismiss Are Filed and Briefed**

Dear Judge McMahon:

MEMO ENDORSED

I represent Defendant The People's Forum in the above-captioned case. I write to respectfully request that for good cause shown, and in the interests of judicial and litigation efficiency, the Court adjourn the initial pretrial conference scheduled for September 11, 2025, until forthcoming motions to dismiss are fully briefed. *See* Individual Practices and Procedures, Judge Colleen McMahon 6. The relief requested herein is joined by the other defendants.

Plaintiffs filed a First Amended Complaint this past Friday night, September 5, 2025, (ECF No. 27), one business day prior to Defendants' responses to Plaintiff's Complaint were to be filed on September 8, 2025. Plaintiffs' initial Complaint in this case was filed on April 25, 2025 (ECF No. 1). The Court's Order Scheduling An Initial Scheduling Conference was entered on June 5, 2025 (ECF No. 6).

The People's Forum intends to file a motion to dismiss the complaint in its entirety. Counsel for the other defendants states the intention to do so also. Defendants believe this case can be disposed of through dispositive motions filings at this early stage.

Plaintiffs have not sought to have a meet and confer to discuss case management and discovery to this date. *See* Fed. R. Civ. P. 26(f). Last evening, September 8, 2025, Plaintiffs' Counsel transmitted for the first time a unilaterally proposed case management plan without any effort to schedule a Rule 26(f) discussion.

Although transmitting e-mails last night about other case matters, Plaintiffs' counsel has not responded to Defendant's request for consent for a proposed adjournment of the initial pretrial

conference nor stated reasons for refusing to consent.

    Pursuant to Rule I(D)(1) of Your Honor's Individual Practices and Procedures, this request is made 48 hours prior to the initial pretrial conference, scheduled for September 11, 2025 at 10:15 a.m. This is the People's Forum's first request for adjournment of the initial pretrial conference.

    Judicial efficiency and litigation efficiency is served by the relief requested, which will enable proceedings to move forward in an orderly manner.

                                      Respectfully submitted,

                                      /s/ Carl Messineo

                                      Carl Messineo
                                      cm@justiceonline.org

                                      PARTNERSHIP FOR CIVIL JUSTICE FUND
                                      617 Florida Ave. NW
                                      Washington, D.C. 20001
                                      (ph): 202-232-1180 x201
                                      (fax) 202-747-7747

                                      *Counsel for Defendant The People's Forum*