UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARIANO TORRES and LESTER WILSON,<br><br>Plaintiffs,<br><br>v.<br><br>JAMES CARLSON, AIDAN PARISI, GRANT MINER, CATHERINE CURRAN-GROOME, PEOPLE'S FORUM, INC., LISA FITHIAN, GABRIEL YANCY, ETHAN CHOI, and JOHN DOES 1–40,<br><br>Defendants. | Civil Action No.: 25-cv-3474-CM<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i) AS TO DEFENDANTS GABRIEL YANCY AND CATHERINE CURRAN-GROOME ONLY** |

**PLEASE TAKE NOTICE THAT** pursuant to Rule to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiffs Mariano Torres and Lester Wilson, hereby give notice that, in light of their settlement with Columbia University that released present and former Columbia employees from all claims related to the events set forth in the Amended Complaint, the above-captioned action is voluntarily dismissed, without prejudice, against defendants Gabriel Yancy and Catherine Curran-Groome only.

Dated: September 18, 2025

By: s/Brett D. Katz

THE LOUIS D. BRANDEIS CENTER FOR HUMAN RIGHTS UNDER LAW

Kenneth L. Marcus (*pro hac vice forthcoming*)
1717 Pennsylvania Avenue, NW, Suite 1025
Washington, DC 20006
Tel.: (202) 559-9296
klmarcus@brandeiscenter.com

Richard A. Rosen
David M. Dince
Paul M. Eckles

1

        1330 Ave of the Americas, 23rd Floor
        New York, New York 10019
        Telephone: (212) 653-0630
        rrosen@brandeiscenter.com
        ddince@brandeiscenter.com
        peckles@brandeiscenter.com

        TORRIDON LAW PLLC

        Tara Helfman (*pro hac vice pending*)
        801 17th Street, NW, Suite 1100
        Washington, DC 20006
        Telephone: (202) 249-6900
        thelfman@torridonlaw.com

        Jeffrey B. Jensen (*pro hac vice forthcoming*)
        Julia Tang (*pro hac vice forthcoming*)
        13354 Manchester Rd., Suite 210
        St. Louis, Missouri 63131
        Telephone: (314) 920-0138
        jjensen@torridonlaw.com
        jtang@torridonlaw.com

        Brett D. Katz
        800 Westchester Avenue, Suite N-641
        Rye Brook, New York 10573
        Telephone: (646) 787-9290
        bkatz@torridonlaw.com

        *Attorneys for Plaintiffs*
        *Mariano Torres and Lester Wilson*