

September 19, 2025

Hon. Colleen McMahon, U.S.D.J.
United States District Court Southern District of New York
500 Pearl Street, Room 24A
New York, New York 10007

By Electronic Filing.

      Re:     <u>Torres et al. v. Carlson et al., 25-cv-03474</u>

Dear Judge McMahon:

      My firm represents Defendants Carlson, Parisi, Curran-Groome, Fithian, Yancy, and Choi in the case above.[1]  Because Plaintiffs amended their pleadings 14 days ago, the automatic deadline to answer or otherwise move is today.  With sincere apologies for the timing, I write to ask the Court to extend that deadline for 30 days for the Defendants I represent.

      This request comes late because I have been rather sick this week, and had somehow misremembered — perhaps owing to the fogginess accompanying the illness — the Court's rules as requiring pre-motion letters.  I was prepared to file a pre-motion letter today, but did not have time to prepare a full motion.  Had I recalled the Court's Rules correctly, I would have filed a request well before now.  I only realized my mistake after trying to coordinate with counsel for one of the other Defendants on the pre-motion letters I though were due today.

      Per the Court's Rules: (1) the original deadline to answer or move is September 19, 2025; (2) this is the first extension; so (3) no previous requests were either denied or granted; (4) I have asked for Plaintiffs' position but not received it yet (shortly before this letter, so the lack of position is no fault of theirs); and (5) at present, I do not believe this extension will impact any other deadline and there is no operative Scheduling Order — though it seems likely that Plaintiffs will ask to file a consolidated response to the other Defendant's motion to dismiss and my clients'.

      If granted, the new motion would be due October 20, 2025.  Again, I am very sorry for the last minute request.  And as always, I thank the Court for its time and consideration.

      Respectfully submitted,

      /s/
      _____

      J. Remy Green
         *Honorific/Pronouns: Mx., they/their/them*
      **COHEN&GREEN P.L.L.C.**
      *Attorneys for Defendants Carlson, Parisi, Curran-*

---

[1] Defendants Curran-Groome and Yancy were dismissed voluntarily this week.

Cohen&Green P.L.L.C.  ·  1639 Centre Street, Suite 216 · Ridgewood, New York  ·  11385  ·  t: (929) 888.9480  ·  f: (929) 888.9457  ·  FemmeLaw.com



*Groome, Fithian, Yancy, and Choi*
1639 Centre St., Suite 216
Ridgewood, New York 11385

cc:
All relevant parties by electronic filing.

Page 2 of 2

Cohen&Green P.L.L.C.  ·  1639 Centre Street, Suite 216 · Ridgewood, New York · 11385  ·  t : (929) 888.9480  ·  f : (929) 888.9457  ·  FemmeLaw.com