# COHEN GREEN

September 19, 2025

Hon. Colleen McMahon, U.S.D.J.
United States District Court Southern District of New York
500 Pearl Street, Room 24A
New York, New York 10007

By Electronic Filing.

*Extension granted.* 9/19/2025

/s/ Colleen McMahon

Re: **Torres et al. v. Carlson et al., 25-cv-03474**

Dear Judge McMahon:

My firm represents Defendants Carlson, Parisi, Curran-Groome, Fithian, Yancy, and Choi in the case above.[1] Because Plaintiffs amended their pleadings 14 days ago, the automatic deadline to answer or otherwise move is today. With sincere apologies for the timing, I write to ask the Court to extend that deadline for 30 days for the Defendants I represent.

This request comes late because I have been rather sick this week, and had somehow misremembered — perhaps owing to the fogginess accompanying the illness — the Court's rules as requiring pre-motion letters. I was prepared to file a pre-motion letter today, but did not have time to prepare a full motion. Had I recalled the Court's Rules correctly, I would have filed a request well before now. I only realized my mistake after trying to coordinate with counsel for one of the other Defendants on the pre-motion letters I though were due today.

Per the Court's Rules: (1) the original deadline to answer or move is September 19, 2025; (2) this is the first extension; so (3) no previous requests were either denied or granted; (4) I have asked for Plaintiffs' position but not received it yet (shortly before this letter, so the lack of position is no fault of theirs); and (5) at present, I do not believe this extension will impact any other deadline and there is no operative Scheduling Order — though it seems likely that Plaintiffs will ask to file a consolidated response to the other Defendant's motion to dismiss and my clients'.

If granted, the new motion would be due October 20, 2025. Again, I am very sorry for the last minute request. And as always, I thank the Court for its time and consideration.

Respectfully submitted,

/s/

J. Remy Green
    *Honorific/ Pronouns: Mx., they/ their/ them*
**COHEN&GREEN P.L.L.C.**
    *Attorneys for Defendants Carlson, Parisi, Curran-*

---

[1] Defendants Curran-Groome and Yancy were dismissed voluntarily this week.



Groome, Fithian, Yancy, and Choi
1639 Centre St., Suite 216
Ridgewood, New York 11385

cc:
All relevant parties by electronic filing.

COHEN&GREEN                                                Page 2 of 2

Cohen&Green P.L.L.C.  ·  1639 Centre Street, Suite 216 · Ridgewood, New York · 11385  ·  t: (929) 888.9480  ·  f: (929) 888.9457  ·  FemmeLaw.com