UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARIANO TORRES and<br>LESTER WILSON,<br><br>Plaintiff,<br><br>v.<br><br>JAMES CARLSON, AIDAN PARISI<br>GRANT MINER, CATHERINE<br>CURRAN-GROOME, PEOPLE'S<br>FORUM, INC., LISA FITHIAN,<br>GABRIEL YANCY, ETHAN CHOI,<br>and JOHN DOES 1–40,<br><br>Defendants. | NOTICE OF MOTION<br><br>Civil Action No.:  25-CV-00289<br><br>Oral argument requested |

**NOTICE OF MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT PURSUANT TO RULE 12(B)(6) OF THE FEDERAL RULES OF CIVIL PROCEDURE**

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law, and all other pleadings and papers to date, Defendant The People's Forum respectfully moves this Court, at a time of the Court's convenience, for an order dismissing all claims against The People's Forum with prejudice in their entirety, and awarding any such other relief as the Court may deem just and proper.

September 19, 2025          Respectfully submitted,

/s/ *Mara Verheyden-Hilliard*
Mara Verheyden-Hilliard
mvh@justiceonline.org

/s/ *Carl Messineo*
Carl Messineo
cm@justiceonline.org

1

/s/ *Sarah Taitz*
Sarah Taitz
sarah.taitz@justiceonline.org

PARNERSHIP FOR CIVIL JUSTICE FUND
617 Florida Ave. NW
Washington, D.C. 20001
(ph): 202-232-1180
(Fax) 202-747-7747

*Counsel for Defendant The People's Forum*