

**Defending Democracy and Civil Rights**

Sarah Taitz • 617 Florida Avenue NW, Washington, DC 20001
202.417.2060 • sarah.taitz@justiceonline.org • JusticeOnline.org

September 19, 2025

<u>VIA ECF</u>
Honorable Colleen McMahon
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

Re:   *Torres v. Carlson*, Case No. 25-cv-3474
      **Request for Oral Argument on Motion to Dismiss**

Dear Judge McMahon:

    I represent The People's Forum (TPF) in the above-captioned case. I write to respectfully request oral argument on TPF's Motion to Dismiss Plaintiffs' First Amended Complaint, filed concurrently with this letter.

Respectfully submitted,

<u>/s/ Sarah Taitz</u>

Sarah Taitz
sarah.taitz@justiceonline.org

PARTNERSHIP FOR CIVIL JUSTICE FUND
617 Florida Ave. NW
Washington, D.C. 20001
(ph): 202-417-2060
(fax) 202-747-7747

*Attorney for Defendant The People's Forum*