UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARIANO TORRES and LESTER WILSON,<br><br>Plaintiff,<br><br>v.<br><br>JAMES CARLSON, AIDAN PARISI GRANT MINER, CATHERINE CURRAN-GROOME, PEOPLE'S FORUM, INC., LISA FITHIAN, GABRIEL YANCY, ETHAN CHOI, and JOHN DOES 1–40,<br><br>Defendants. | Civil Action No.: 25-CV-00289 |

**[PROPOSED] ORDER**

Upon consideration of Defendant The People's Forum's Motion to Dismiss Plaintiffs' First Amended Complaint it is:

**ORDERED** that the Motion is **GRANTED**; and

**ORDERED** that Plaintiffs' Complaint is **DISMISSED** with prejudice.

**SO ORDERED.**

Dated: _____                    _____

THE HONORABLE COLLEEN McMAHON
Judge, United States District Court for the
    Southern District of New York