UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

Torres, et al.

*Plaintiffs*,

v.

Carlson, et al.,

*Defendants*.

25-cv-3474 (CM)

**NOTICE OF MOTION**

**PLEASE TAKE NOTICE** that, upon Individual Defendants'[1] memorandum of law, dated October 20, 2025, in support of this Motion; the Declaration and Exhibits submitted herewith; and all of the prior pleadings and proceedings had herein, Individual Defendants will move this Court, before the Honorable Colleen McMahon, United States District Judge, at the United States Courthouse for the Southern District of New York, located at 40 Foley Square, New York, New York, 10007, for an Order:

1. Dismissing Plaintiffs' federal claims and IIED claim pursuant to Fed. R. Civ. P. 12(b)(6);
2. Dismissing the remaining claims for want of jurisdiction;
3. Awarding mandatory attorneys' fees under N.Y. Civ. R. L. § 70-a and 76-a; and
4. Granting any other relief the Court finds appropriate.

**PLEASE TAKE FURTHER NOTICE,** that the Court has set a briefing schedule for this matter, *see* ECF No. 38.

DATED:    October 20, 2025
          Queens, NY

/s/
_____
J. Remy Green

---

[1] Capitalized terms are defined in the accompanying memorandum.

**COHEN&GREEN P.L.L.C.**
1639 Centre Street, Suite 216
Ridgewood, New York 11385
(929) 888.9480 (telephone)
(929) 888.9457 (facsimile)
remy@femmelaw.com

*Attorneys for Individual Defendants*
