**UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK**

Torres et al.,

        Plaintiffs,

  v.

Carlson, et al.,

        Defendants.

Case No. 25-cv-3574

**DECLARATION OF
JAMES CARLSON**

STATE OF NEW YORK    )
                              ) ss.:
COUNTY OF KINGS     )

      I, JAMES CARLSON, being duly sworn, depose and say:

      1.      I understand Plaintiffs to be alleging that I am a person depicted in a photograph in an altercation with Plaintiff Torres.

      2.      That person has stomach tattoos on both sides of their stomach. FAC ¶ 123.

      3.      I have a tattoos on the left side of my stomach that are quite different than the one depicted.

      4.      I do not have any tattoos on the right side of my stomach (where the person in the photograph does).

      5.      I am willing to provide photographs or appear for a brief deposition or something similar to confirm that fact.

      6.      Accordingly, it appears that I have been misidentified.

I declare, under penalty of perjury, that the statements above are true and correct.

Executed On: October 20, 2025.

                                                  _____
                                                       JAMES CARLSON