UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARIANO TORRES and LESTER WILSON,<br><br>Plaintiffs,<br><br>v.<br><br>JAMES CARLSON, AIDAN PARISI, GRANT MINER, CATHERINE CURRAN-GROOME, PEOPLE'S FORUM, INC., LISA FITHIAN, GABRIEL YANCY, ETHAN CHOI, and JOHN DOES 1–40,<br><br>Defendants. | Case No. 25-cv-3474-CM<br><br>**AFFIDAVIT OF CHASE T. HARRINGTON IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE** |

DISTRICT OF COLUMBIA

CHASE T. HARRINGTON, being duly sworn, deposes and says:

I am an attorney at Torridon Law PLLC for Plaintiffs Mariano Torres and Lester Wilson. I submit this affidavit in support of my motion for admission to practice Pro Hac Vice to appear as counsel for Plaintiffs in the above-captioned action.

As shown in the Certificates of Good Standing attached hereto, I am a member in good standing of the bar of Colorado (inactive) and the District of Columbia.

I have never been convicted of a felony.

I have never been censured, suspended, disbarred or denied admission or readmission by any court.

There are no pending disciplinary proceedings against me in any state or federal court.

October 31, 2025

_____
Chase T. Harrington

District of Columbia

Signed and sworn to (or affirmed) before me on October 31, 2025, by Chase T. Harrington.

Signature of Notarial Officer: _Joan Moore_

Title of Office: _Notary_

My Commission Expires: _5/31/2027_