

**STATE OF COLORADO, ss:**

I, __Cheryl Stevens__, Clerk of the Supreme Court of the State of Colorado, do hereby certify that

__Chase T. Harrington__

has been duly licensed and admitted to practice as an

### ATTORNEY AND COUNSELOR AT LAW

within this State; and that this name appears upon the Roll of Attorneys and Counselors at Law in my office of date the __30th__ day of __October__ A.D. __2017__ and that at the date hereof the said __Chase T. Harrington__ is in good standing at this Bar. **Attorney is inactive commencing 05/05/2022.**



IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the Seal of said Supreme Court, at Denver, in said State, this __29th__ day of __October__ A.D. __2025__

*Cheryl Stevens*
Clerk

By _____
Deputy Clerk