# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANTHONY BOBULINSKI and STEFAN PASSANTINO,<br><br>　　　　　　　　Plaintiffs,<br><br>　　　v.<br><br>JESSICA TARLOV,<br><br>　　　　　　　　Defendant. | Case No. 25-cv-3474-CM<br><br>**[PROPOSED] ORDER GRANTING CHASE T. HARRINGTON ADMISSION PRO HAC VICE** |

　　　The motion of Chase T. Harrington for admission to practice Pro Hac Vice in the above-captioned action is granted.

　　　Applicant has declared that he is a member in good standing of the bar of Colorado and the District of Columbia, and that his contact information is as follows:

| | |
|---|---|
| Applicant Name: | Chase T. Harrington |
| Firm Name: | Torridon Law PLLC |
| Address: | 801 Seventeenth Street NW, Suite 1100 |
| City/State/Zip: | Washington, DC 20006 |
| Telephone: | 202-249-6644 |

　　　Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Plaintiffs Mariano Torres and Lester Wilson in the above-captioned action;

　　　**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Hon. Colleen McMahon
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge