

**STATE OF COLORADO, ss:**

I, __**Cheryl Stevens**__, Clerk of the Supreme Court of the State of Colorado, do hereby certify that

_____***Chase T. Harrington***_____

has been duly licensed and admitted to practice as an

*ATTORNEY AND COUNSELOR AT LAW*

within this State; and that this name appears upon the Roll of Attorneys and Counselors at Law in my office of date the __**30th**__ day of __**October**__ A.D. __**2017**__ and that at the date hereof the said __**Chase T. Harrington**__ is in good standing at this Bar. **Attorney is inactive commencing 05/05/2022.**



**IN WITNESS WHEREOF**, *I have hereunto subscribed my name and affixed the Seal of said Supreme Court, at Denver, in said State, this* __**29th**__ *day of* __**October**__ *A.D.* __**2025**__

*Cheryl Stevens*
Clerk

By _____
Deputy Clerk