UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARIANO TORRES and LESTER WILSON,<br><br>Plaintiffs,<br><br>v.<br><br>JAMES CARLSON, AIDAN PARISI, GRANT MINER, CATHERINE CURRAN-GROOME, PEOPLE'S FORUM, INC., LISA FITHIAN, GABRIEL YANCY, ETHAN CHOI, and JOHN DOES 1–40,<br><br>Defendants. | Civil Action No.: 25-cv-3474-CM<br><br>**AFFIDAVIT OF JULIA TANG IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE** |

STATE OF MISSOURI        )
                         )  ss.:
COUNTY OF St. Louis      )

JULIA TANG, being duly sworn, deposes and says:

I am of counsel at Torridon Law PLLC, attorneys for Plaintiffs Mariano Torres and Lester Wilson (together, "Plaintiffs"). I submit this affidavit in support of my motion for admission to practice Pro Hac Vice to appear as counsel for Plaintiffs in the above-captioned action.

As shown in the Certificates of Good Standing attached hereto, I am a member in good standing of the bar of the State of Missouri and an inactive member in good standing of the bar of the State of California.

I have never been convicted of a felony.

I have never been censured, suspended, disbarred or denied admission or readmission by any court.

There are no pending disciplinary proceedings against me in any state or federal court.

October 31, 2025

_____
Julia Tang


STATE OF MISSOURI          )
                           )  ss.:
COUNTY OF St. Louis        )

Subscribed and sworn before me this __31st__ day of October in the year 2025.

_____
Notary Public

PETER J FINCH
Notary Public, Notary Seal
State of Missouri
St Louis County
Commission # 13887798
My Commission Expires 10-27-2029

2