## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARIANO TORRES and LESTER WILSON,<br><br>                Plaintiffs,<br><br>       v.<br><br>JAMES CARLSON, AIDAN PARISI, GRANT MINER, CATHERINE CURRAN-GROOME, PEOPLE'S FORUM, INC., LISA FITHIAN, GABRIEL YANCY, ETHAN CHOI, and JOHN DOES 1–40,<br><br>                Defendants. | Civil Action No.: 25-cv-3474-CM<br><br>**MOTION FOR ADMISSION OF JEFFREY B. JENSEN PRO HAC VICE** |

      Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Jeffrey B. Jensen, hereby move this Court for an Order for admission to Practice Pro Hac Vice to appear as counsel for Plaintiffs Mariano Torres and Lester Wilson in the above-captioned action.

      I am a member in good standing of the bars of the Missouri and the District of Columbia and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: October 31, 2025            Respectfully submitted,

                                                   By: /S *Jeffrey B. Jensen*
                                                        Jeffrey B. Jensen
                                                        TORRIDON LAW PLLC
                                                        13354 Manchester Rd., Suite 210
                                                        St. Louis, Missouri 63131
                                                        (314) 920-0138
                                                        jjensen@torridonlaw.com
                                                        *Attorneys for Plaintiffs Mariano Torres and Lester Wilson*