UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARIANO TORRES and LESTER WILSON,<br><br>Plaintiffs,<br><br>v.<br><br>JAMES CARLSON, AIDAN PARISI, GRANT MINER, CATHERINE CURRAN-GROOME, PEOPLE'S FORUM, INC., LISA FITHIAN, GABRIEL YANCY, ETHAN CHOI, and JOHN DOES 1–40,<br><br>Defendants. | Civil Action No.: 25-cv-3474-CM<br><br>**AFFIDAVIT OF JEFFREY B. JENSEN IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE** |

STATE OF MISSOURI   )
                    )  ss.:
COUNTY OF ST. Louis )

JEFFREY B. JENSEN, being duly sworn, deposes and says:

I am a partner at Torridon Law PLLC, attorneys for Plaintiffs Mariano Torres and Lester Wilson. I submit this affidavit in support of my motion for admission to practice Pro Hac Vice to appear as counsel for Plaintiffs in the above-captioned action.

As shown in the Certificates of Good Standing attached hereto, I am a member in good standing of the bars of the District of Columbia and the State of Missouri.

I have never been convicted of a felony.

I have never been censured, suspended, disbarred or denied admission or readmission by any court.

There are no pending disciplinary proceedings against me in any state or federal court.

October 27, 2025

_____
Jeffrey B. Jensen

STATE OF MISSOURI      )
                       )  ss.:
COUNTY OF ST. Louis    )

Subscribed and sworn before me this ___27th___ day of October in the year 2025.

LAURIE B MARTI
Notary Public, Notary Seal
State of Missouri
St. Louis County
Commission # 13490402
My Commission Expires 06-05-2029

_____
Notary Public

2