UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARIANO TORRES and LESTER WILSON,

Plaintiffs,

v.

JAMES CARLSON, AIDAN PARISI, GRANT MINER, CATHERINE CURRAN-GROOME, PEOPLE'S FORUM, INC., LISA FITHIAN, GABRIEL YANCY, ETHAN CHOI, and JOHN DOES 1–40,

Defendants.

Civil Action No.: 25-cv-3474-CM

[~~PROPOSED~~] ORDER GRANTING MOTION PRO HAC VICE



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
FILED: 11/4/25

The motion of Jeffrey B. Jensen, for admission to practice Pro Hac Vice in the above-captioned action is granted.

Applicant has declared that he is a member in good standing of the bars of the State of Missouri and the District of Columbia, and that his contact information is as follows:

| | |
|---|---|
| Applicant Name: | Jeffrey B. Jensen |
| Firm Name: | Torridon Law PLLC |
| Address: | 13354 Manchester Rd., Suite 210 |
| City/State/Zip: | St. Louis, Missouri 63131 |
| Telephone/Fax: | 314-920-0138/202-249-6644 |

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Plaintiffs Mariano Torres and Lester Wilson in the above-captioned action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: __11/4__ 2025

_____
Hon. Colleen McMahon
United States District Judge