UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARIANO TORRES and LESTER WILSON,<br><br>Plaintiffs,<br><br>v.<br><br>JAMES CARLSON, AIDAN PARISI, GRANT MINER, CATHERINE CURRAN-GROOME, PEOPLE'S FORUM, INC., LISA FITHIAN, GABRIEL YANCY, ETHAN CHOI, and JOHN DOES 1–40,<br><br>Defendants. | Civil Action No.: 25-cv-3474-CM<br><br>**PLAINTIFFS' NOTICE OF MOTION TO STRIKE**<br><br>**ORAL ARGUMENT REQUESTED** |

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of Plaintiffs' Motion to Strike, Plaintiffs Mariano Torres and Lester Wilson (together, "Plaintiffs"), by their attorneys, The Louis D. Brandeis Center for Human Rights Under Law and Torridon Law PLLC, will move this Court before the Honorable Colleen McMahon, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007, at a date and time selected by the Court, for an order (a) striking the Declaration of James Carlson dated October 20, 2025, ECF No. 41, and (b) granting Plaintiffs such other, further, and different relief as the Court deems just and proper.

Dated: November 12, 2025

THE LOUIS D. BRANDEIS CENTER FOR
HUMAN RIGHTS UNDER LAW

By: s/*Paul M. Eckles*

Kenneth L. Marcus (*pro hac vice forthcoming*)
1717 Pennsylvania Avenue, NW, Suite 1025
Washington, DC 20006
Telephone: (202) 559-9296

1

klmarcus@brandeiscenter.com

Richard A. Rosen
David M. Dince
Paul M. Eckles
1675 Broadway
New York, NY 10019
Telephone: (212) 653-0630
rrosen@brandeiscenter.com
ddince@brandeiscenter.com
peckles@brandeiscenter.com

TORRIDON LAW PLLC

Brett D. Katz
800 Westchester Avenue
Rye Brook, New York 10573
Telephone: (646) 787-9290
bkatz@torridonlaw.com

Tara Helfman (*pro hac vice*)
Chase T. Harrington (*pro hac vice*)
801 17th Street, NW, Suite 1100
Washington, DC 20006
Telephone: (202) 249-6900
thelfman@torridonlaw.com
charrington@torridonlaw.com

Jeffrey B. Jensen (*pro hac vice*)
Julia Tang (*pro hac vice*)
13354 Manchester Rd., Suite 210
St. Louis, Missouri 63131
Telephone: (314) 920-0138
jjensen@torridonlaw.com
jtang@torridonlaw.com


*Attorneys for Plaintiffs
Mariano Torres and Lester Wilson*


TO:   COHEN & GREEN P.L.L.C.
      J. Remy Green, Esq.
      1639 Centre Street, Suite 216
      Ridgewood, New York 11385
      Telephone: (929) 888-9480
      Facsimile: (929) 888-9457
      remy@femmelaw.com
      *Attorneys for Individual Defendants*

2

PARTNERSHIP FOR CIVIL JUSTICE FUND
Mara Verheyden-Hilliard, Esq.
Carl Messineo, Esq.
Sarah Taitz, Esq.
617 Florida Ave. NW
Washington, D.C. 20001
Telephone: (202) 232-1180
Facsimile: (202) 747-7747
mvh@justiceonline.org
cm@justiceonline.org
sarah.taitz@justiceonline.org
*Attorneys for The People's Forum*