# COHEN&GREEN

November 21, 2025

Hon. Colleen McMahon, U.S.D.J.
United States District Court Southern District of New York
500 Pearl Street, Room 24A
New York, New York 10007

By Electronic Filing.

Re:   Torres et al. v. Carlson et al., 25-cv-03474

Dear Judge McMahon:

My firm represents Defendants Carlson, Parisi, Fithian, and Choi ("Individual Defendants") in the case above. I write, with consent from Plaintiffs, to ask the Court to either clarify or extend the time for the Individual Defendants to respond to Plaintiffs' motion to strike at ECF Nos. 50 and 51.

The Individual Defendants filed a motion to dismiss. As part of that motion — while being candid they were unsure the exact right mechanism — the Individual Defendants raised the fact that the person identified as Mr. Carlson in the complaint has visibly different tattoos on his stomach than those Mr. Carlson has (and given the location, there is some sensitivity to just putting photos on the public docket).

Alongside their opposition, Plaintiffs moved to strike Mr. Carlson's declaration saying as much (and offering to take whatever steps the Court would like to show that he has noticeably different tattoos). Plaintiffs filed this as a free-standing motion, though it is referenced in their opposition to the motion to dismiss at ECF No. 52.

In light of that, Individual Defendants seek either clarification that they may — or an appropriate extension to — respond to the motion to strike as part of their already scheduled reply on the underlying motion to dismiss, on December 12, 2025. See ECF No. 38.

To the extent this is a motion for extension of time, per the Court's Rules: (1) the original deadline to answer or move is November 26, 2025; (2) this is the first extension; so (3) no previous requests were either denied or granted; (4) Plaintiffs consent; and (5) this extension will not impact any other deadline and there is no operative Scheduling Order.

As always, I thank the Court for its time.

Respectfully submitted,

/s/
_____
J. Remy Green

*Extension granted.*
*[signed] Colleen McMahon*
*11/25/2025*



*Honorific/Pronouns: Mx., they/their/them*
**COHEN&GREEN P.L.L.C.**
*Attorneys for Defendants Carlson, Parisi, Curran-Groome, Fithian, Yancy, and Choi*
1639 Centre St., Suite 216
Ridgewood, New York 11385

cc:
All relevant parties by electronic filing.

COHEN&GREEN                                                     Page 2 of 2

Cohen&Green P.L.L.C.  ·  1639 Centre Street, Suite 216 · Ridgewood, New York · 11385  ·  t: (929) 888.9480  ·  f: (929) 888.9457  ·  FemmeLaw.com