UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARIANO TORRES and LESTER WILSON, <br><br> Plaintiffs, <br><br> v. <br><br> JAMES CARLSON, AIDAN PARISI, GRANT MINER, CATHERINE CURRAN-GROOME, PEOPLE'S FORUM, INC., LISA FITHIAN, GABRIEL YANCY, ETHAN CHOI, and JOHN DOES 1–40, <br><br> Defendants. | Civil Action No. 1:25-cv-03474 (CM) |

## NOTICE OF ERRATA IN FIRST AMENDED COMPLAINT

Plaintiffs Mariano Torres and Lester Wilson respectfully submit this Notice of Errata to correct typographical errors and inadvertent misattributions recently identified in the First Amended Complaint.  *See* Ex. A.  These errors do not affect Plaintiffs' claims for relief and should not have any impact on the pending motions.  Plaintiffs submit this notice to correct the record and aid the Court in its consideration of the issues.

1

|  |  |
|---|---|
|  | Respectfully submitted. |
| THE LOUIS D. BRANDEIS CENTER FOR HUMAN RIGHTS UNDER LAW | TORRIDON LAW PLLC<br><br>s/ *Chase T. Harrington* |
| Kenneth L. Marcus (*pro hac vice forthcoming*)<br>1717 Pennsylvania Avenue, NW, Suite 1025<br>Washington, DC 20006<br>(202) 559-9296 | Brett D. Katz<br>800 Westchester Avenue<br>Rye Brook, New York 10573<br>(646) 787-9290 |
| Richard A. Rosen<br>David M. Dince<br>Paul M. Eckles<br>1675 Broadway<br>New York, NY 10019<br>(212) 653-0630 | Tara Helfman (*pro hac vice*)<br>Chase T. Harrington (*pro hac vice*)<br>801 Seventeenth Street, NW, Suite 1100<br>Washington, DC 20006<br>(202) 249-6900<br><br>Jeffrey B. Jensen (*pro hac vice*)<br>Julia Tang (*pro hac vice*)<br>13354 Manchester Rd., Suite 210<br>St. Louis, Missouri 63131<br>(314) 920-0138 |

*Attorneys for Plaintiffs Mariano Torres and Lester Wilson*