# Exhibit A

| PARA. | FAC | CORRECTION |
|---|---|---|
| ¶ 23, n.8 | Tina Moore, Chris Harris & Matthew Sedacca, *'Violent' Columbia Protester Is Heir to Ad Empire, Has Mansion, Model Babymama — and Long Rap Sheet,* New York Post (May 4, 2024), https://perma.cc/NH7Z-QZ8Uhttps. | Tina Moore, Chris Harris & Matthew Sedacca, *'Violent' Columbia Protester Is Heir to Ad Empire, Has Mansion, Model Babymama — and Long Rap Sheet,* New York Post (May 4, 2024), https://perma.cc/NH7Z-QZ8U**https**. |
| ¶ 53 | The report concluded that Columbia's rules on protests "have often been violated in recent months.  Protesters, including those affiliated with CUAD, have disrupted classes and events, taken over spaces in academic buildings, held unauthorized demonstrations, and used ugly language to berate individuals who were filming these protests or just walking by. There also have been reports of physical harm to students . . . ." | The report concluded that Columbia's rules on protests "**often** have **often** been violated in recent months.**"**  Protestors, including those affiliated with CUAD, **"**have disrupted classes and events, taken over spaces in academic buildings, held unauthorized demonstrations, and used ugly language to berate individuals who were filming these protests or just walking by.  There also have been reports of physical harm to students . . . ." |
| ¶ 71 | Among the ways TPF encouraged individuals to support the Encampment were to "Protect the Encampment" by emailing Columbia professors, dropping off food, art, or signs (that support "divestment/opposition to Zionism"), and sending money to "Help support legal fees, supplies, and more via Venmo . . . | Among the ways TPF encouraged individuals to support the Encampment were to "Protect the Encampment" by emailing Columbia professors, dropping off food, art, or signs (that support "divestment/opposition **to****of** Zionism"), and sending money to "Help support legal fees, supplies, and more via Venmo . . . |
| ¶ 73 | The following day, April 18, 2024, Columbia University responded to the formation of the Encampment by suspending three students for their roles in the Encampment and authorizing the New York Police Department ("NYPD") to "begin clearing the encampment." | The following day, April 18, 2024, Columbia University responded to the formation of the Encampment by suspending three students for their roles in the Encampment and authorizing the New York Police Department ("NYPD") to **"**begin clearing the encampment.**"** |

1

| | | | |
|---|---|---|---|
| ¶ 79 | Columbia University's Public Safety and the NYPD cannot guarantee Jewish students' safety in the face of extreme anti-Semitism and anarchy. It deeply pains me to say that I would strongly recommend you return home as soon as possible and remain home until the reality in and around campus has dramatically improved." | Columbia University's Public Safety and the NYPD cannot guarantee Jewish students' safety in the face of extreme anti-Semitism and anarchy. **. . .** It deeply pains me to say that I would strongly recommend you return home as soon as possible and remain home until the reality in and around campus has dramatically improved." | |
| ¶ 100 | The meeting additionally included "break-out sessions that focused on organizing new methods of 'resistance.'" | The meeting additionally included "'break-out sessions' that focused on organizing new methods of 'resistance.'" | |
| ¶ 105 | In addition, the Underground Manual, as part of Step 4, instructs individuals participating in the encouraged "criminal and/or terroristic activity" to wear face coverings, dark clothing that is baggy and covers the whole body, and dark shoes. | In addition, the Underground Manual, as part of Step 4, instructs individuals participating in the encouraged **"**criminal and/or terroristic activity**"** to wear face coverings, **"**dark**"** clothing that is **"**baggy**"** and covers the **"**whole body,**"** and dark shoes. | |
| ¶ 135, n.55 | Columbia University Apartheid Divest (@ColumbiaBDS), X (Apr. 30, 2024, 2:07 AM), https://tinyurl.com/yevnszv. | Columbia University Apartheid Divest (@ColumbiaBDS), X (Apr. 30, 2024, 2:07 AM), ~~https://tinyurl.com/yevnszv~~ **https://tinyurl.com/75p5a5dn**. | |
| ¶ 140, n.57 | Dorian Geiger, Steven Vago, Joe Marino & Katherine Donlevy, *Over 100 Arrested as NYPD Cops Dramatically Storm Columbia Campus to Clear Out Anti-Israel Mob,* N.Y. Post (Apr. 30, 2024), https://perma.cc/TY2U-SF9. | Dorian Geiger, Steven Vago, Joe Marino & Katherine Donlevy, *Over 100 Arrested as NYPD Cops Dramatically Storm Columbia Campus to Clear Out Anti-Israel Mob,* N.Y. Post (Apr. 30, 2024), https://perma.cc/TY2U-SF9**P**. | |